FILED

**NOT FOR PUBLICATION**

APR 12 2012

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-56890 |
| Plaintiff - Appellee, | D.C. No. 2:07-cv-07766-GW-FMO |
| v. | |
| STANLEY ZURN; KELLUNION, LLC, | MEMORANDUM[*] |
| Defendants - Appellants, | |
| and | |
| VALERY ZURN, AKA Valerie Zurn; ERNIE WELCH; THE COUNTY OF RIVERSIDE; THE STATE OF CALIFORNIA, Franchise Tax Board, | |
| Defendants. | |

Appeal from the United States District Court
for the Central District of California
George H. Wu, District Judge, Presiding

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Submitted April 9, 2012[]
Pasadena, California

Before: KLEINFELD and M. SMITH, Circuit Judges, and MARBLEY, District Judge.[***]

Defendants-Appellants Stanley Zurn and Kellunion, LLC (collectively, Defendants) appeal from an order directing the IRS to execute and deliver certain deeds to purchasers of real properties. Because the relevant properties were sold and the deeds were delivered to non-parties pursuant to a court order, we cannot grant effective relief. *See Fultz v. Rose*, 833 F.2d 1380, 1380 (9th Cir. 1987); *Holloway v. United States*, 789 F.2d 1372, 1373-74 (9th Cir. 1986). Therefore, Defendants' appeal is dismissed as moot.

**DISMISSED.**

---

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

[***] The Honorable Algenon L. Marbley, District Judge for the U.S. District Court for the Southern District of Ohio, sitting by designation.